IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

BRIAN JOSEPH BLAKE,

    Plaintiff,

v.                                       Civil Action No. 3:19CV138

JOSH HIGGS, et al.,

    Defendants.

**MEMORANDUM OPINION**

By Memorandum Order entered on March 18, 2019, the Court conditionally docketed this action filed by Brian Joseph Blake. By Memorandum Order entered on June 27, 2019, the Court denied Blake's request for the appointment of a guardian ad litem.

On July 8, 2019 the United States Postal Service returned the June 27, 2019 Memorandum Order marked, "NOT HERE," and "RETURN TO SENDER." Since that date, Blake has not contacted the Court to provide a current address. Blake's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. See Fed. R. Civ. P. 41(b). Accordingly, the action will be dismissed without prejudice.

The Clerk is directed to send a copy of this Memorandum Opinion to Blake.

                                            /s/       REP

                                          Robert E. Payne

Date: October /, 2019       Senior United States District Judge
Richmond, Virginia